# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Lawrence Meyerhofer,** <br>         **Debtor,** <br><br> **New Residential Mortgage LLC,** <br>         **Movant,** <br><br> **v.** <br><br> **Lawrence Meyerhofer,** <br>         **Debtor/Respondent,** <br><br> **WILLIAM C. MILLER, Esq.,** <br><br> **Trustee/Respondent** | **Bankruptcy No. 19-10258** <br><br> **Chapter 13** |

## PRAECIPE TO WITHDRAW CREDITOR'S MOTION FOR RELIEF

**PLEASE TAKE NOTICE THAT**, on behalf of New Residential Mortgage LLC ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay, Docket Number 51 on April 13, 2020.**

>By: /s/ Charles G. Wohlrab
>Robertson, Anschutz, Schneid & Crane, LLC
>PA I.D 314532
>10700 Abbott's Bridge Rd., Suite 170
>Duluth, GA 30097
>Telephone: 973-575-0707
>Facsimile: 973-404-8886
>Email: cwohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 19, 2020 I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Lawrence Meyerhofer
2485 Hieter
Quakertown, PA 18951

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

> By: /s/ Charles G. Wohlrab
> Robertson, Anschutz, Schneid & Crane, LLC
> PA I.D 314532
> 10700 Abbott's Bridge Rd., Suite 170
> Duluth, GA 30097
> Telephone: 973-575-0707
> Facsimile: 973-404-8886
> Email: cwohlrab@rascrane.com