United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10258-mdc |
| Lawrence Meyerhofer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 29, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawrence Meyerhofer, 2485 Hieter, Quakertown, PA 18951-3816 |
| 14294993 | | DITECH FINANCIAL LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| 14258462 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |
| 14258464 | + | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 14284346 | + | James Havassy, PO Box 90301, Allentown, PA 18109-0301 |
| 14258465 | + | Law Offices of Frederic Weinberg & Assoc, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14284347 | + | Pragnesh Desai, DO, PO Box 90301, Allentown, PA 18109-0301 |
| 14258469 | | St. Lukes Hospital - Sacred Heart Campus, 421 Chew Street, Allentown, PA 18102-3406 |
| 14417278 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 29 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14258457 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 23:54:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14276182 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 29 2024 23:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14258458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14277700 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14278687 | + | Email/Text: RASEBN@raslg.com | Jan 29 2024 23:54:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14258460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:01 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14294024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:56 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 19-10258-mdc   Doc 85   Filed 01/31/24   Entered 02/01/24 00:34:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14838884 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2024 23:54:00 | Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14258461 | ^ | MEBN | Jan 29 2024 23:51:06 | D&A Services, 1400 E. Touhy Ave, Ste G2, Des Plaines, IL 60018-3338 |
| 14258459 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2024 00:13:41 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14258466 | ^ | MEBN | Jan 29 2024 23:51:07 | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 14258468 | ^ | MEBN | Jan 29 2024 23:51:06 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14464466 | | Email/Text: mtgbk@shellpointmtg.com | Jan 29 2024 23:54:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14468374 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:12:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14259552 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:12:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14258470 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:41 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14258471 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 29 2024 23:54:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14417196 | ^ | MEBN | Jan 29 2024 23:51:15 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14266243 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 29 2024 23:54:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14660067 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2024 23:54:00 | U.S. Bank Trust National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14265398 | *+ | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14265399 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14265401 | *+ | Citibank North America, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14265402 | *+ | D&A Services, 1400 E. Touhy Ave, Ste G2, Des Plaines, IL 60018-3338 |
| 14265403 | * | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |
| 14265404 | *+ | Finance of America Mortgage, 300 Welsh Road, Building 5, Horsham, PA 19044-2250 |
| 14265405 | *+ | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 14265400 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14265406 | *+ | Law Offices of Frederic Weinberg & Assoc, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14265407 | * | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 14265409 | *+ | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14265408 | * | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 14265410 | * | St. Lukes Hospital - Sacred Heart Campus, 421 Chew Street, Allentown, PA 18102-3406 |
| 14265411 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14265412 | *+ | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14258463 | ##+ | Finance of America Mortgage, 300 Welsh Road, Building 5, Horsham, PA 19044-2250 |
| 14258467 | ## | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 15 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Lawrence Meyerhofer brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRANDON DONALD PACK | on behalf of Creditor New Residential Mortgage LLC bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New Residential Mortgage LLC bkecf@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| KARINA VELTER | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com |
| MARK A. CRONIN | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST 2021-A ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lawrence Meyerhofer
      Debtor(s)

Case No: 19−10258−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/29/24

83 − 77
Form 138OBJ