United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10258-amc |
| Lawrence Meyerhofer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lawrence Meyerhofer, 2485 Hieter, Quakertown, PA 18951-3816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Lawrence Meyerhofer brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRANDON DONALD PACK | on behalf of Creditor New Residential Mortgage LLC bpack@rasnj.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| KARINA VELTER | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | |

District/off: 0313-2                               User: admin                                         Page 2 of 2

Date Rcvd: Apr 08, 2024                           Form ID: 195                                      Total Noticed: 1

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN M. BUTTERY

on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

MICHELLE L. MCGOWAN

on behalf of Creditor New Residential Mortgage LLC mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

SARAH K. MCCAFFERY

on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST 2021-A smccaffery@pincuslaw.com  ckohn@hoflawgroup.com

SARAH K. MCCAFFERY

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for
Citigroup Mortgage Loan Trust 2021-A smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

STEPHEN M HLADIK

on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST 2021-A shladik@hoflawgroup.com  ckohn@hoflawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                  : Chapter 13


Lawrence Meyerhofer                                     : Case No. 19−10258−amc
          Debtor(s)


### *ORDER*
_____


    AND NOW, this day , April 8, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                              By The Court

                              Ashely M. Chan
                              Judge, United States Bankruptcy Court


                                                        93
                                                        Form 195