**Fill in this information to identify the case:**

Debtor 1  Lawrence Meyerhofer

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 19-10258-amc

Official Form 410S1

# Notice of Mortgage Payment Change                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DITECH FINANCIAL LLC

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 5142

**Date of payment change:** 12/1/2019
Must be at least 21 days after date of this notice

**New total payment:** $2,853.51
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $717.76          New escrow payment: $755.83

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                   New interest rate:

   Current principal and interest payment:   New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                 New mortgage payment:

Debtor 1 <u>Lawrence Meyerhofer</u>     Case number *(if known)* <u>19-10258-amc</u>
      Print Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/   Sindi Mncina   </u>        Date  <u>10/08/2019</u>
   Signature

Print          <u>   Sindi Mncina            </u>                         Title    <u>Authorized Agent for Creditor</u>
              First Name   Middle Name   Last Name

Company   <u>RAS Citron, LLC</u>

Address   <u>130 Clinton Road, Suite 202 </u>
             Number   Street

             <u>Fairfield  NJ 07004   </u>
             City                                      State       ZIP Code

Contact Phone  <u>470-321-7112</u>                                     Email   <u>  smncina@rascrane.com </u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 10, 2019

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Lawrence Meyerhofer
2485 Hieter
Quakertown, PA 18951

                    RAS Citron, LLC
                    Authorized Agent for Secured Creditor
                    130 Clinton Road, Suite 202
                    Fairfield, NJ 07004
                    Telephone: 470-321-7112
                    Facsimile: 973-404-8886

                    By: /S/ Kamari Cook
                    KCook@Rascrane.com



P.O. Box 15009
Tempe, AZ 85284-0109

**Annual Escrow Account Disclosure Statement**

Statement Date: 09/20/2019
Your Loan Account Number: ▮▮▮▮▮▮▮▮

LAWRENCE A MEYERHOFER JR
TIFFANY MEYERHOFER
2485 HIETER RD
QUAKERTOWN PA 18951-3816

**Questions?**

View your detailed, up-to-date escrow transactions online at **myaccount.ditech.com**

Call Customer Service at **1-800-643-0202**
Monday-Friday: 8 a.m. to 9 p.m. ET
Saturday: 8 a.m. to 5 p.m. ET

## SECTION 1  WHY AM I RECEIVING THIS STATEMENT?

We review your escrow account every year to ensure it is properly funded, based on your upcoming taxes and/or insurance premiums. This statement provides details of any changes in your escrow account and resulting changes to your mortgage payment.

Our review shows your escrow account has a projected **shortage of $267.66**. Once we pay your upcoming insurance and/or tax payments, your escrow account will fall below the required minimum balance. See Section 4 for details. Your monthly mortgage payment is also changing **December 01, 2019**. Your new payment amount depends on which option below you choose:

**OPTION 1: Pay Shortage Now**
- Pay in full by check or money order by **Nov. 24, 2019**.
- Your new monthly mortgage payment will be $2,831.20.

**OPTION 2: Spread Shortage Over 12 months (No action required)**
- Add $22.31 per month for 12 months to mortgage payment.
- Your new monthly mortgage payment will be $2,853.51.

## SECTION 2  WHY ARE MY PAYMENTS CHANGING?

Changes to monthly escrow amounts are common. They're often caused by a change in your taxes and/or insurance premiums. This table shows how your escrow and mortgage payments are changing.

|  | Current Payment | Changes | OPTION 1 New Payment | OPTION 2 New Payment |
|---|---|---|---|---|
| Due Date | 05/01/2019 |  | 12/01/2019 | 12/01/2019 |
| Principal and Interest | $2,097.68 |  | $2,097.68 | $2,097.68 |
| Escrow Payment | $717.76 | ↑ $15.76 | $733.52 | $733.52 |
| Escrow Shortage |  |  |  | $22.31 |
| **TOTAL** | **$2,815.44** | **↑ $15.76** | **$2,831.20** | **$2,853.51** |

We use anticipated payments from your escrow account to determine your monthly escrow payment:

| | |
|---|---|
| Combined Property Insurance | $2,090.00 |
| Combined Taxes | $6,712.12 |
| **TOTAL OUTGOING PAYMENTS** | $8,802.12 ÷ 12 months = **$733.52 Monthly Escrow** |

## SECTION 3  WHAT DO I NEED TO DO?

**TO PAY YOUR SHORTAGE NOW**
- Send a check or money order in the amount of $267.66, payable to Ditech Financial LLC by **Nov. 24, 2019**.
- Please write your Loan Account Number and "Escrow Shortage" on the check.
- Send the coupon at the bottom of this statement along with your check in the enclosed envelope.
- Unfortunately, you cannot make your escrow shortage payment online or over the phone.

**TO SPREAD YOUR SHORTAGE OUT**

No action is needed to spread your shortage payments out. If we don't receive a shortage check or money order from you, we'll automatically add shortage payments of $22.31 to your monthly payment for the next 12 months.

**REMINDER**
If you use Bill Pay or another third party bill payor system and that system is set to make your payments automatically, please contact your bank or vendor to adjust your mortgage payment amount due December, 01, 2019.

---



Please detach this escrow shortage coupon, write your loan number and "Escrow Shortage" on a check or money order made payable to **Ditech Financial LLC**, and mail both in the enclosed envelope with the mailing address visible in the window.



**ESCROW SHORTAGE COUPON**
This coupon and mailing address are for your escrow shortage payment only. **DO NOT use for your regular monthly mortgage payment.**

LOAN ACCOUNT NUMBER ▮▮▮▮▮▮▮▮

LAWRENCE A MEYERHOFER JR
TIFFANY MEYERHOFER
2485 HIETER RD
QUAKERTOWN PA 18951-3816

Escrow Shortage Amount Due and Enclosed: **$267.66**

DITECH FINANCIAL LLC
PO BOX 7153
PASADENA, CA 91109-7153

## SECTION 4 — HOW IS MY ESCROW SHORTAGE CALCULATED?

Every year, we analyze what you'll need to pay in taxes and/or insurance premiums. Based on these projections, we calculate the amount you'll likely need in your escrow account to pay these bills when they come due. To determine if you have enough funds in your escrow account, we use the formula below. The pre-petition deficiency and shortage is the amount claimed on the bankruptcy proof of claim minus any funds paid. This amount is also considered when identifying any escrow shortage or surplus.

|  |  |  |
|---|---:|---|
| Lowest Projected Balance | $834.00 | (in gray below) |
| - Minimum Escrow Balance | $1,467.04 | (in gray below) |
| + Pre-Petition Deficiency and Shortage | $365.38 |  |
| **Shortage Amount** | **-$267.66** |  |

Your escrow account has a minimum balance, as allowed by federal laws, state laws, or your mortgage contract. Your minimum balance includes up to two months of escrow payments to cover increases to your property taxes and/or homeowners insurance. Your minimum escrow balance is $1467.04.

This table shows expected payments in and out of your account over the next 12 months:

| Date | What We Expect You to Pay to Escrow | What We Expect to Pay Out | Payment Description | Expected Balance | Balance Needed in Your Account |
|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  | $3,034.44 | $3,667.48 |
| 12/19 | $733.52 |  |  | $3,767.96 | $4,401.00 |
| 01/20 | $733.52 |  |  | $4,501.48 | $5,134.52 |
| 02/20 | $733.52 |  |  | $5,235.00 | $5,868.04 |
| 03/20 | $733.52 |  |  | $5,968.52 | $6,601.56 |
| 04/20 | $733.52 | $979.66 | CITY/TOWN PA | $5,722.38 | $6,355.42 |
| 04/20 |  | $2,090.00 | HAZARD INS | $3,632.38 | $4,265.42 |
| 05/20 | $733.52 |  |  | $4,365.90 | $4,998.94 |
| 06/20 | $733.52 |  |  | $5,099.42 | $5,732.46 |
| 07/20 | $733.52 |  |  | $5,832.94 | $6,465.98 |
| 08/20 | $733.52 | $5,732.46 | SCHOOL TX PA | $834.00 | $1,467.04 |
| 09/20 | $733.52 |  |  | $1,567.52 | $2,200.56 |
| 10/20 | $733.52 |  |  | $2,301.04 | $2,934.08 |
| 11/20 | $733.52 |  |  | $3,034.56 | $3,667.60 |
| **Ending Balance** |  |  |  | $3,034.56 | $3,667.60 |
| **TOTAL** | **$8,802.24** | **$8,802.12** |  |  |  |

## SECTION 5 — WHAT HAPPENED SINCE MY LAST ESCROW REVIEW?

In this table, you can see payments you made into your escrow account and outgoing payments that were made from your escrow account. If we projected to pay out a significantly different amount, you'll see the difference noted in gray. These differences may impact whether you have enough funds in your escrow account.

Note that the items noted with an "E" in the table below show future payments that are expected to be made into the escrow account, and/or amounts we anticipate will be paid out for tax and/or insurance premiums.

| Date | What You Actually Paid to Escrow | | What We Expected You to Pay to Escrow | What We Actually Paid Out | What We Expected to Pay Out | Payment Description | Actual Balance | Expected Balance from Last Review |
|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** |  |  |  |  |  |  | $3,150.36 | $5,024.34 |
| 02/19 |  |  | $717.76 |  |  |  | $3,150.36 | $5,742.10 |
| 03/19 | $754.30 |  | $717.76 | $979.66 |  | CITY/TOWN PA | $2,925.00 | $6,459.86 |
| 03/19 |  |  |  | $2,090.00 |  | HAZARD INS | $835.00 | $6,459.86 |
| 04/19 |  |  | $717.76 |  | $979.66 | CITY/TOWN PA | $835.00 | $6,197.96 |
| 04/19 |  |  |  |  | $2,055.00 | HAZARD INS | $835.00 | $4,142.96 |
| 05/19 | $754.30 |  | $717.76 |  |  |  | $1,589.30 | $4,860.72 |
| 06/19 | $717.76 |  | $717.76 |  |  |  | $2,307.06 | $5,578.48 |
| 07/19 | $717.76 |  | $717.76 |  |  |  | $3,024.82 | $6,296.24 |
| 08/19 | $717.76 |  | $717.76 | $5,732.46 | $5,578.48 | SCHOOL TX PA | -$1,989.88 | $1,435.52 |
| 09/19 | $3,588.80 | E | $717.76 |  |  |  | $1,598.92 | $2,153.28 |
| 10/19 | $717.76 | E | $717.76 |  |  |  | $2,316.68 | $2,871.04 |
| 11/19 | $717.76 | E | $717.76 |  |  |  | $3,034.44 | $3,588.80 |
| **Ending Balance** |  |  |  |  |  |  | $3,034.44 | $3,588.80 |
| **TOTAL** | **$8,686.20** |  | **$7,177.60** | **$8,802.12** | **$8,613.14** |  |  |  |

E = estimated future payment

| SECTION 6 | ADDITIONAL MESSAGES |
|---|---|

**To the extent that you currently are protected by the automatic stay or have received a discharge from personal liability under the Bankruptcy Code, this Annual Escrow Account Disclosure Statement is for informational and/or compliance purposes only and is not a demand for payment from you personally or an attempt to impose personal liability. However, we retain the ability to enforce our lien on the property securing our loan, subject to applicable provisions of the Bankruptcy Code and other applicable law.**